Teresa M. Beck
Nevada Bar No. 15011
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
tbeck@klinedinstlaw.com

Attorneys for Defendant, DAVID WARD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

PACKETFABRIC, INC.

      Plaintiff,

      v.

DAVID WARD, an individual; ROE
ENTITIES I through X; and DOES I through
X, inclusive,

      Defendants.

Case No. 2:24-cv-00618-GMN-EJY

**STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO
PLAINTIFF'S COMPLAINT**

**(First Request)**

**Orig. Compl.:**    **02/23/2024**
**Orig. Answer:**

      Pursuant to Local Rule 7-1, Plaintiff PACKETFABRIC, INC. ("Plaintiff") and Defendant

DAVID WARD ("Defendant") by and through their respective counsel (collectively, the "Parties"),

hereby stipulate and agree as follows:

      WHEREAS, the Complaint in this matter was filed on February 23, 2024, and served on

Defendant on February 27, 2024; and

      WHEREAS, this case was removed to this federal court on March 28, 2024 when a Petition

for Removal and related pleadings were filed by Defendant; and

      WHEREAS prior to removal of the case, the Parties stipulated to extend the time for a

response to the Complaint to be filed and served to April 16, 2024 in order to allow the Parties to

engage in discussions about resolution of the case; and

      WHEREAS the Parties have engaged and continue to be engaged in efforts to resolve the

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

case, and a tentative agreement has been reached which is in the process of being reduced to a written release agreement; and

WHEREAS, there have been no prior extensions of the deadline for Defendant's response to the Complaint;

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree that good cause exists for an extension of time for Defendant to respond to Plaintiff's Complaint until April 16, 2024.

**IT IS SO STIPULATED.**

DATED this 5th day of April, 2024.

**KLINEDINST PC**

By:  /s/ Teresa M. Beck
    TERESA M. BECK, ESQ.
    Nevada Bar No. 15011
    501 West Broadway, Suite 1100
    San Diego, California 92101
    tbeck@klinedinstlaw.com

    *Counsel for Defendant*

**GREENBERG TRAURIG, LLP**

By:  /s/ Eric W. Swanis
    ERIC W. SWANIS, ESQ.
    Nevada Bar No. 6840
    ELLIOT T. ANDERSON
    Nevada Bar No. 14025
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada 89135
    Email: swanise@gtlaw.com
            Andersonel@gtlaw.com

    *Counsel for Plaintiff*

**IT IS SO ORDERED.**

ELAYNA J. YOUCHAH
United States Magistrate Judge

Dated this 8th day of April, 2024.

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101