| | |
|---|---|
| 1 | ERIC W. SWANIS |
| 2 | Nevada Bar No. 06840 |
|   | ELLIOT T. ANDERSON |
| 3 | Nevada Bar No. 14025 |
| 4 | **GREENBERG TRAURIG, LLP** |
|   | 10845 Griffith Peak Drive, Suite 600 |
| 5 | Las Vegas, Nevada 89135 |
|   | Telephone:  (702) 792-3773 |
| 6 | Facsimile:  (702) 792-9002 |
| 7 | Email:  swanise@gtlaw.com |
|   |              andersonal@gtlaw.com |
| 8 | |
| 9 | *Counsel for Plaintiff, PacketFabric, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PACKETFABRIC, INC., | Case No. 2:24-cv-00618-GMN-EJY |
| Plaintiff, | |
| v. | |
| DAVID WARD, an individual; ROE ENTITIES I through X; and DOES I through X, inclusive, | |
| Defendants. | |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**
[SECOND REQUEST]

Pursuant to Local Rule 7-1, Plaintiff PACKETFABRIC, INC. ("Plaintiff") and Defendant DAVID WARD ("Defendant") by and through their respective counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the Complaint in this matter was filed on February 23, 2024, and served on Defendant on February 27, 2024; and

WHEREAS, this case was removed to this federal court on March 28, 2024 when a Petition for Removal and related pleadings were filed by Defendant; and

WHEREAS prior to removal of the case, the Parties stipulated to extend the time for a response to the Complaint to be filed and served to April 16, 2024 in order to allow the Parties to engage in discussions about resolution of the case; and

WHEREAS the Parties have reached a tentative agreement which is in the process of being reduced to a written release agreement;

WHEREAS it has taken more time than anticipated to finalize the written settlement agreement; and

WHEREAS, there has been one prior extension of the deadline for Defendant's response to the Complaint;

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree that good cause exists for an extension of time for Defendant to respond to Plaintiff's Complaint until **May 7, 2024.**

**IT IS SO STIPULATED.**

DATED this 16th day of April, 2024

**KLINEDINST PC**

 /s/Teresa M. Beck

TERESA M. BECK, ESQ.
Nevada Bar No. 15011
501 West Broadway, Suite 1100
San Diego, California 92101
Email:   tbeck@klinedinstlaw.com

**Counsel for Defendant**

DATED this 16th day of April, 2024

**GREENBERG TRAURIG, LLP**

 /s/Eric Swanis

ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
ELLIOT T. ANDERSON
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Email:   swanise@gtlaw.com
             andersonel@gtlaw.com

**Counsel for Plaintiff**

**IT IS SO ORDERED**.

_____
THE HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge

Date: April 16, 2024