ERIC W. SWANIS
Nevada Bar No. 06840
ELLIOT T. ANDERSON
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:       swanise@gtlaw.com
             andersonel@gtlaw.com

*Counsel for Plaintiff, PacketFabric, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PACKETFABRIC, INC.,<br><br>                        Plaintiff,<br><br>     v.<br><br>DAVID WARD, an individual; ROE ENTITIES I through X; and DOES I through X, inclusive,<br><br>                        Defendants. | Case No. 2:24-cv-00618-GMN-EJY |

### STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
[THIRD REQUEST]

Pursuant to Local Rule 7-1, Plaintiff PACKETFABRIC, INC. ("Plaintiff") and Defendant DAVID WARD ("Defendant") by and through their respective counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, the Complaint in this matter was filed on February 23, 2024, and served on Defendant on February 27, 2024; and

WHEREAS, this case was removed to this federal court on March 28, 2024 when a Petition for Removal and related pleadings were filed by Defendant; and

Page 1 of 2

ACTIVE 698428619v1

WHEREAS prior to removal of the case, the Parties stipulated to extend the time for a response to the Complaint to be filed and served to April 16, 2024 in order to allow the Parties to engage in discussions about resolution of the case; and

WHEREAS the Parties have reached a tentative agreement;

WHEREAS the settlement agreement is very close to being finalized;

WHEREAS it has taken more time than anticipated to finalize the written settlement agreement; and

WHEREAS, there have been two prior extensions of the deadline for Defendant's response to the Complaint;

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree that good cause exists for an extension of time for Defendant to respond to Plaintiff's Complaint until **May 23, 2024.**

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of May, 2024 | DATED this 10th day of May, 2024 |
| **KLINEDINST PC** | **GREENBERG TRAURIG, LLP** |
| /s/Teresa Beck | /s/Eric Swanis |
| TERESA M. BECK, ESQ.<br>Nevada Bar No. 15011<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>Email:   tbeck@klinedinstlaw.com | ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 06840<br>ELLIOT T. ANDERSON<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Email:   swanise@gtlaw.com<br>              andersonel@gtlaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

**IT IS SO ORDERED**.

_____
HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge

Dated:  May 13, 2024