1  ERIC W. SWANIS
   Nevada Bar No. 06840
2  ELLIOT T. ANDERSON
   Nevada Bar No. 14025
3  **GREENBERG TRAURIG, LLP**
4  10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada  89135
5  Telephone:     (702) 792-3773
   Facsimile:     (702) 792-9002
6  Email:    swanise@gtlaw.com
7            andersonel@gtlaw.com

8  *Counsel for Plaintiff, PacketFabric, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PACKETFABRIC, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVID WARD, an individual; ROE ENTITIES I through X; and DOES I through X, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-00618-GMN-EJY |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, by and between Plaintiff, PACKETFABRIC, INC. ("Plaintiff"), and Defendant, DAVID WARD ("Defendant" or "Ward" and, collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, that this action be dismissed in its entirety with prejudice, with the Parties to bear their own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

ACTIVE 697315321v1

There is no trial date set in this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 24th day of May, 2024 | DATED this 24th day of May, 2024 |
| **KLINEDINST PC** | **GREENBERG TRAURIG, LLP** |
| /s/Teresa Beck | /s/Eric Swanis |
| TERESA M. BECK, ESQ.<br>Nevada Bar No. 15011<br>501 West Broadway, Suite 1100<br>San Diego, California 92101<br>Email:  tbeck@klinedinstlaw.com | ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 06840<br>ELLIOT T. ANDERSON<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Email:  swanise@gtlaw.com<br>            andersonel@gtlaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

IT IS SO ORDERED.

_____
THE HONORABLE GLORIA M. NAVARRO
United States District Court Judge

Dated this __24__ day of __May__ 2024